# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Jacksonville Division

| | |
|---|---|
| John S. Gay | Case No. 3:23-cv-832-TJC-JBT |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| -v- | |
| ms. (Nurse) Kaylee - RN. | |
| male - (Nurse) unknowen·Name | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

2023 JUL 17 AM 11: 39

FILED

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

# AFFIDAVIT AND DECLARATION

1. The Facts stated in my complaint are true and correct, to my Knowledge and that any facts, information and belief are true to the best of my Knowledge and belief

2. I declare pursuant to (28) U.S.C. (1746) I declare certify, verify, or state under penalty of perjury that the following statements I made are true and correct.

STATE OF Florida
County OF Columbia
Signed, under
penalty of perjury.
Sign-
Date: 7-13-23

Notary public

# STATE OF CLAIM

A. Plaintiff: John S. GAY

Address: 216 SE. Correctional way, Lake city, Florida. 32025

Inmate/prison No: 882614

Year of Birth: 2-1-55

## Introduction

II                State of claim

This is a civil rights action Filed by, John S. Gay, a state prisoner, for damages, failure and denial of medical care and injunctive under 42 U.S.C. § 1983 alleging violation of the (8th) Eighth Amendment to the United States Constitution. ALL Defendants acted under the color of Law.

## Jurisdiction

1. This court has Jurisdiction over the plaitiffs Clamis of violation of Federal constitutional rights under 42 U.S.C. § 1331 (i) and 1343

## Parties

2.

The plaintiff: John S. Gay, is incarcerated at Columbia Correction Inctitution Annex. (columbia Annex) during the events described in this complaint.

3. Defendant. A.) RN. Nurse- sick-call-duty- at columbia medical Annex. was in charge of given medical care to plaintiff on medical emergency, for (2) Bad Storkes. She is being Sued in Her individual capacity.

4. Defendant. B.) RN. Nurse- sick-call-duty at columbia Correction Institution Annex. (Columbia Annex) was also in charge of given medical care to plaintiff for (2) Bad Stworkes. and sent away. He is being Sued in His individual capacity.

A-1

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    John S. Gay

All other names by which

you have been known:    N/A

ID Number    882614

Current Institution    Columbia Annex

Address    216 SE. Corrections Way

Lake City      Florida    32025

     *City*        *State*     *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name    Centurion Health

Job or Title *(if known)*

Shield Number

Employer    Centurion Health

Address    1203 Governors Sq. Blvd. Suite-600

Tallahassee      Florida    32301

     *City*        *State*     *Zip Code*

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

Name    Ms. (Kaylee Scott)

Job or Title *(if known)*    RN. Sick-Call- Nurse

Shield Number

Employer    Centurion Health

Address    1203 Governors Sq. Blvd. Suite-600

Tallahassee      Florida    32301

     *City*        *State*     *Zip Code*

☑ Individual capacity    ☐ Official capacity

Defendant No. 3
    Name          RN-Male name unknowen
    Job or Title *(if known)*  RN- Sick-Call-Nurse
    Shield Number
    Employer      Centurion Health
    Address       1203 Governors SQ. Blvd. Suite-600
                Tallahassee   Florida  32301
                *City*      *State*   *Zip Code*

[x] Individual capacity  [ ] Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

                *City*      *State*   *Zip Code*

[ ] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[x] State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
Fl. Const-Artical-#1- Sub-Section-#9-States Cruel, and unsual, Punishment (being chained up)

8th, Amendment Right Against Cruel, and unsual punishment.

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. VERIFIED, COmPLAINT FoR Damages And InJunctive Relief. (Going In under Federal case Law against these People who violated my Federal rights under color of State Law.
Please- See ATTAcked pages- (4-A)(4-B)(4-C) From page 4- of 11.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☒   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

The events described below arose in the medical department of Columbia Correctional Institution Annex.

Going In under Federal Case Law against these
People who violated my Federal rights,
under Color of State Law.

1. This is a § 1983 action filed by Plaintiff, John S. Gay
a state prisoner, alleging violation of his Constitutional
rights to receive medical care and seeking injunctive
relief and money damages. Plaintiff, also seeks injunction
and damages pursuant to the Americans with Disabilities
Act and the Rehabilitation Act.

b. Jurisdiction. To the court; with all respect, The court
has Jurisdiction over my lawsuit by citation to statutes,
court rules, or the facts.

2. Jurisdiction of this court is invoked pursuant to 28
U.S.C. § 1331 in that this is a civil action arising under
the constitution of the United States.

3. Jurisdiction of the court inisinvoked pursuant to 28
U.S.C. § 1343 (a) (3) in that this action seeks to redress
the deprivation, under color of state law, of rights secured
by acts of congress providing for equal rights of persons
within the Jurisdiction of the United States.

4. Plaintiffs, verified complaint, (on which plaintiff swears,
to and declares under penalty of perjury is true)

5. Plaintiffs, Attachments on all pages opposing summary
Judgment under Rule 56, They are all based on personal
Knowledge and sets forth specific facts admissible in evidence.

6. Plaintiff John S. Gay DI#882614 at all times relevant was
confined by the Florida Department of corrections (D.O.C.)
at Columbia Annex Correctional Facility state of Florida.

7. Defendants Prison Medical Nurses and Providers is a
medical corporation Named Centurion Health, at all
times relevant times, under a contract with the Florida
Department of corrections to provide medical care and
services to inmates confined with Columbia Just Annex,
Including John S. Gay.

ATTached. 4 of 11 - (4-A)

8. Defendant. Number (1) Kaylee Scott at all relevant times was a RN. Nurse employed by Centurion Health.

9. Defendant. Number (2) unknown Name RN. at all relevant times was a RN. Nurse employed by Centurion Health.

10. Defendants Kaylee Scott RN. and Unknown Name RN. both Nurses at Columbia Annex Inst. at all relevant times were acting under color of state (Federal) law and are being sued in their individual capacities.

11. Color of state law is the fact that someone is employed at a prison should be sufficient enough for this purpose.

12. For a disussion of the elements of a medical claim see ch. 2, § F.I.

13. Nurse Kaylee Scott RN. Annex medical did not conduct an examination of plantiff or refer him to a doctor while there on a medical Emegency. on 11/13-22 and 11/14/22 For His (2) two Bad Strokes which sent Him to outside Hospital.

14. plaintiff was taken to an outside Hospital emergency room and treated with MRI. For stroke he suffered because of (2) two RN. Nurses. Suffered much pain and unsual cruel punishment (Deliberate Indifference) to medical needs.

15. when plaintiff left the hospital he was given a copy of a medical order from the doctor that he was to have stroke medication and special diet food and drinks took over (20) twenty Full days before order which cause more damage to plaintiff.

16. plaintiff told both Nurse's RNS he was having trouble breathing and face, body in much pain but got sent away with No medical treatment.

ATTACHED - 4 OF 11 - (4-B)

17. plaintiff suffered headaches, throat en closer, throughout the two (2) full days of his very bad strokes, much pain.

18. Because no medical treatment from both RN. Nurses, pain was unbearable that he usually cannot stand.

19. when plaintiff was in severe pain he lost his feelings in left side of face, mouth, leftside of hold body and felt numness,

20. when plaintiff keep going back to medical Emergenys many times over by many dorm officers. He keep trying to explain and Nurses could see plainly the condition He was in, But told many times over to leave go back to dorm. with No medical care at all.

21. Nurses, treaten plaintiff with a D.R. Action IF He keep coming back and fakuing a stroke (confinement)

22. Very poor medical care - officers many as witnesses

23. Now its (9) mouths later and plaintiff is still in worse condition then he was in the being

24. specialest speech Therapy (3X) aweek for (24) weeks RMC.

25. specialest physical Therapy (2x)a week for (16) weeks RMC.

26. Still in need of Doctors orders for throat surgery but not been sent yet now over (2) months after urgent DR's orders.

ATTACHED- 4 of 11 - (4-C)

These were all brougtth up under.
Going In under Federal Case Law aganist these people who violated my Federal rights,
"under color of State LAw.

C.    What date and approximate time did the events giving rise to your claim(s) occur?

The dates and approximate time were started at 8:30 am.
on 11/13/22 and 9:00 am. on 11/14/22

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Denial of Medical care

1.) on 11/13/22 the Plaintiff attempted to obtain medical attention,
he was denied treatment and sent back to his living quarters.
2.) Each time the Plaintiff attempted to obtain medical attention over
9- times-Each day 11/13/22 & 11/14/22- for a crucial medical condition.
He was denied, and sent away.          (See Attached page-(5)A.)

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Based upon the deliberate indifference,
to the plaintiffs, serious medical condition the plaintiff suffered two (2)
stroke's. Due to these two strokes the Plaintiff has suffered the closure
of his left eye, slurred speech, closure of his throat opening, a drooping
and sagging face, drooling from his mouth, numbness of the left-side of
his arm, and torso, needs to use a cane to walk because of his equilibrium.

he is in a continuous state of mental confusion, and on mental medications.
                                    (See-Attached-pages (5) B)(C)

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Plaintiff- IS seeking $500,000-for permanet
damages. Constant Pain, mental confusion, can't speak properly, vision blurry,
left side of hole body numb-can't move, throat closing up, needs surgery, can't eat
hole food, recommendation of cardiac soft diet with chopped meat, Nectar
thicken liquids, so it will go down Plaintiffs throat easily, stroke medication,
heavy blood pressure meds, ensure protein drink (3-times a day. DRS orders.
lots of hospital vists-Approved- pending dates: (All because of two Nurses,
both RN's given plaintiff NO medical treatment! Both RN. Nurses were Fired.
                                    (See-Attached-pages-(5)(D)

3. on 11/14/22 at approximately 9: AM. the Plaintiff once again claimed medical emergency through officer Martin who sent the Plaintiff to the medical department.

4. upon arrival at the medical department the Plaintiff was once again denied treatment by Nurse Kaylee and an unknown/ unamed nurse (defendant).

5. officer cook was the officer on duty in medical when the Plaintiff was threatened by the two (2) above medical personnel with a disciplinary report for faking a stroke in order to receive a transfer from the columbia Annex.

6. on the morning of 11/14/22 Plaintiff was sent back to medical four (4) more times due to his serious medical condition. 2nd stroke.

7. Each time the Plaintiff arrived at the medical department he was told by the officer overseeing the medical department that the nurses refused to see him, and to return back to his dormitory.

8. on his way to the afternoon meal on 11/14/22 the Plaintiff approached Captain Banks and officer Carter, and explained his situation asking these two (2) correctional officer to please take a look at him, because at that point in time the left side of the Plaintiff's face drooping, he was drooling from mouth, his left eye was partially closed, Plaintiff's speech was slurred, and his left arm was numb to the extent that he could not move his arm.

9. At this time Captain Banks told the Plaintiff to return to his dormitory after taking pictures of the Plaintiff condition with her cellphone.

10. "Approximately one (1) hour after documenting the Plaintiff's injuries sustained as a result of his stroke Captain Banks arrived at the Plaintiff's housing unit P-2 dormitory, with officer Carter and the columbia Annex medical director,

ATTACH- (5a)

ms. Johnston.

11. medical Director Johnston took the Plaintiff back in front of the two (2) above identified defendants who had kept refusing the Plaintiff medical treatment on 11/13/22 and 11/14/22.

12. while standing outside of the examination room both captain Banks and Medical Director Johnston witnessed the two (2) above name defendants refusing the Plaintiff medical attention for his serious medical needs once again, causing serious damage to the Plaintiff.

13. AT this point in time medical Director Johnston and Captain Banks intervened and returned with Doctor Raysor.

14. within five (5) minutes of assessing the Plaintiff's condition Doctor Raysor called for an emergency medical ambulance to receive the Plaintiff and transport him to Lake City Hospital.

15. on the afternoon of 11/14/22 the Plaintiff was transported via ambulance to Lake City Hospital.

16. once he arrived at Lake City Hospital the Plaintiff was placed under the care of two (2) physicians, Doctor, Josue X, Hernandez-Pasas, and an unknown/unnamed doctor, who order an MRI and CAT Scan to be conducted on the Plaintiff.

17. These two (2) test's showed that the Plaintiff had suffered two (2) recent strokes and a previous stroke six (6) months earlier.

18. It has further been determined that due to these two (2) strokes suffered by the Plaintiff his throat has constricted making it difficult for him to swallow whole foods.

19. while at the hospital the Plaintiff was placed on stroke medication, heavy blood pressure medication, ensure protein drink (3-times a day), also Nutrition innovation For Dysphagia (Thick-IT) food and Beverage mix, and a special diet of specially prepared food that were finely chopped-up so they would go down the Plaintiff's throat easily.

ATTACH- (5b)

20. On or about 11/17/22, the following FDC personnel made a visit to the Lake City Hospital, because they had been informed of the Plaintiff's serious medical condition he was in.
1.) Warden, of Columbia (Annex) unknown name.
2.) The Regional Director, John Palmer, Region (2).
3.) Deputy, of D.O.C. Tallahassee, Florida. unknown name.

21. The Plaintiff spent five (5) full days under the doctors care in the Lake City Hospital, where physicians and nurses both made check-ups on the Plaintiff every hour on the hour.

22. (8) months later the Plaintiff is still receiving a mechanical diet due to throat closure suffered during his two (2) strokes.

23. After five (5) days in the Lake City Hospital the Plaintiff returned to Columbia Correctional Institution Annex at which time the doctors at the Columbia Annex did not have the Plaintiff's medical records from his emergency stay at the hospital, nor did they have his stroke medication.

24. every day Plaintiff would go to the pill window and ask about his stroke medication, and nurse Reed, on duty keep telling Plaintiff, (No) it has not come in yet, or I don't even know if its been ordered.

25. Nurse Reed, stated stop coming up to the pill window taking up my time, or I will have the officer lock you up. (Cruel and Unsual punishment) and (Deliberate Indifference). (8th-Amendment).

26. the Plaintiff did not receive his prescribed stroke medication for twenty (20) full days following his return to the Columbia Annex. (worsen Plaintiff condition).

27. Plaintiff receiving outside treatment at RMC. Physical Therapy, Dennis Turner, Needed urgent (2X week- 12 weeks) also speech therapy, (2X week- 24 weeks) Tiffany Nicole Bell, provider, care 209-RMC.

28. Plaintiff also receiving outside hospital throat surgery- RMC, DR Sanders.

ATTACH- (5C)

John Gay 882614
Columbia Correctional Institution (Annex)
216 S.E. Corrections Way
Lake City, FL 32025

29. plaintiff, is stating that because of two (2) careless, RN·Nurses, on·duty in medical running sick·call on these two (2) given days 11/13/22 - 11/14/22 - did not give the plaintiff, any medical treatment which cause both strokes plaintiff had to send Him to Lake City Hospital. (5·full days in Hospital) DR'S Care...

30. Both Nurses· lied and stated they gave full stroke care.

31. making plaintiffs, stroke condition (worse) struggling for His life to live. (In critical condition) which by Doctors orders to send plaintiff, to Lake City Hospital.

32. Two (2) Doctors·at Hospital, stated clearly - Plaintiffs both strokes. Could of been pervented to a mild strokes If plaintiff had medical care on (1st) day of many medical Emergency's, sent by dorm officers.

33. Doctors, at Hospital· had to put Plaintiff, on (physical-Therapy·) è (Speech Therapy) for over (8) full months and still going (RMC·) Lake Butler.

34. Special diets, special drinks, stroke medication, High blood·medication. and DR's orders for Lower throat surgery. pending for over (9) months Now, Causing more damage to plaintiffs' life. (8th) Amendment Cruel and unsual-punishment· (Deliberate Indifference.)

Attach (5-D)          Respectfully Submitted - 7-13-23
                                   John S. Gay 882614

# FOR RELIEF REQUEST

(A) 1) EXHIBIT FOR-CLAMIS
(B) 2)      FOR RELIEF Requested
(C) 3) CALLED CAUSES OF ACTiion-OR-Counts
(D) 4)
        EXHIBITS - (A-1) (B-2) (~~B~~) (c-3)
                    (D-4)

These are all claims For Relief, stated
        1. Violation of Civil Rights
        2. many Amendment
        3. Deliberate In difference
        4. refusal of urgent medical care
        5. emotional injuries
        6. claims of Negligence
        7. defendant breached their duty
        8. physical damages
        9. mental Health damages
        10. body damages

        All caused by two RN. Nurse's who refused
any medical care For two (2) very Bad stones
on many officers- captain- oct head of medical
staff. sent away all (2) two days until Got
to doctor, then sent to Hospital- Right away.
MRI, doctors-Nurses care around the clock 6 Full day.
and nights, then improper medical care when got
back to Columbia Annex medical For months and
still doing it to plaintiff. (9) months later. ECT.

        True and Correct all statements made by plaintiff
against two (2) RN. Nurses, Annex medical - under oath
        Sign- John S- Gae  John S. Gay  DEF 882614 -Date- 7-13-23

C/Amis For RELIEF - Relief Requested
CAlled Causes of Action - or Counts

1. Failure to protect:
2. The failure of Both RN Nurses, to act on His and Herc,
   own Knowledge of a Substantial risk of harm to plaintiff
   violated his (Eighth Amendent right) to be Free From
   (Deliberate Indifference) to his safety.
3. (Deliberate Indifference) to medical needs.
4. The refusal of Defendant Nurse Haylee Scott and unknown
   man, to medical CARE or call in Dr. in Next Room For
   plaintiffs, Constituted (delibarte Indifference) to plaintiffs
   serious medical needs in violation of the(Eighth 8th-
   Amendment.
5. The Failure of defendant prison medical Nurse's to
   take steps to ensure the plaintiff received the needed
   Treatment despite its knowledge of plaintiffs serious
   medical needs, (Constituted Delibarte Indifference).
   to plaintiffs serious medical needs.
6. Retaliation:
7. The refusal of Defendant Both RN NURSES to provide
   medical CARE to plaintiff as a result of plaintiff
   Filed a lawsuit against prison staff (Constituted
   retaliation) For petitioning government for redress
   of grievancies and therefore (violated the First 1st-
   Amendment.
8. As a result of Defendants - plaintiff Suffer for days
   and received Serious physical and emotional injuries.
9. Claim of NEGLIGENCE. The Defendants owed plaintiff
   a duty of care, the defendant breached that duty,
   you were injured in some Fashion, any your injury
   was proximately caused by the breach of duty.

EXHIBIT (A) of (1)

## Relief Requested

10. Wherefore plaintiff requests that this court grant him the following relief.

11. plaintiff, Declares that both defendants - RN. Nurse's violated plaintiffs (Eighth (8th) Amendant rights when Both He and she Nurses RN. had failed to protect, provide, him any medical care.

12. plaintiff, Declares that defendants - Both RN. Nurse's Violated plaintiffs (First (1st) Amendant right not to be retalifiated against Filing a Lawsuit.

13. Issue an injunction requiring defendants prison medical providers - provided outside Hospital throat surgery by RMC Hospital DRs orders urgent surgery.

14. Award plaintiff compensatory damages for plaintiffs physical and emotional injuries and punitive damages against each defendant for a life and death situation.

15. Grant plaintiff any such other relief as it may appear that the court thinks the plaintiff is entitled to.

16. plaintiff is asking the court to consider the full amount He's seeking in his Lawsuit for relief. amount of $500.000 dollars. For all medical damages, mental Health damages, physical body damages. (Plaintiff is entitled to.) emotional injuries

17. For (Eighth (8th) Amendant Rights. (Delibarte Indifference) (Negligence) Violated the First (1st) Amendment.)


EXHIBIT - (B) OF (1) - (2) - (3) (4)

## Claims For Relief

17. plaintiff Can verify medical records evidence to support His Claim that dimel has cause life treating harm to his condition.

18. medical staff did not Follow up on prescribed and recommended surgery treatment to his throat From Doctors orders Causing more damages to life and death situations.

19. Courts have said that Constition is violated if Deliberate Indifference.

20. IF medical personal treatment is so grossly, incompetant, In adequate, and excessive as to shock the constitutes Deliberate Indifference.

21. Additionally when the need For medical treatment is so obvious, medical care that is so Corsory as to amount to no treatment at all my constitute Deliberate Indifference.

22. The Failure to Follow professional standards or even prison medical care protocols, is evidence of the practitioners knowledge of the risk posed by particular symptoms or conditions.

23. Under the Constitution, prison officials need to prouide medical care for "Serious medical needs" plaintiffs has been diagnosed by a physician at mandating treatment or one that is so obvious that even a lay person would easily recognize the necesity of a doctors attention. However the Eighth (8th) Amendement prohibits the unnecessary and wanton infliction of pain.

24. Circuit decision sum's up all these Factors. seriousness of medical need is determined — more violation of my Four teenth (14th) Amendment.

EXHIBIT (C) of (1) (2)(3) (4)
A - B - C, D.

## Claims For Relief Requested

25. (1) whether a reasonable doctor or patient would perceive the medical need in question, as important and worthy of comment or treatment,

26. (2) whether the medical condition significantly affects daily activities.

27. The existence of chronic and substantial pain

28. Serious-surgical care-surgery

29. Repeated denial of medical care for stroke.

30. So seriousness of denial of medical care, very painful, interferes with my normal activities how long Ive had it. (9) months Now - Stroke,

31. my stroke condition was so seriousness to a lay person.

32. wrongful medical for stroke under grossly unconsitutional conditions mental and emotional injury - with physical injury.

33. Compensatory damages caused by a violation of the plaintiffs rights.

34. Compensatory injuries include physical pain and injury. mental anguish, loss of liberty, injuries to the quality of an individual's life

35. my strokes injuries cause me physical movement of body, mind, emotional, by No medical care in begiening of stroke (§ 1997) e (e) standard.

36. The failure to treat illness. (2) strokes in timely manner, immediatly, denial of medical care.

37. Deprived plaintiff his federal rights. of medical care right away. under color of state territorial laws.

$$\begin{matrix} & A & B & C & D \\ \text{EXHIBIT (D) OF} & (1) & (2) & (3) & (4) \end{matrix}$$

F.    If you did not file a grievance: N/A

    1.    If there are any reasons why you did not file a grievance, state them here:

    N/A

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    N/A

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Grievance # 23-6-1270- & # 23-6-12784 - Both were received by department of corrections, Annex - Also received back from Inmate Grievance Appeals Court of Tallahassee, FL. HAVE EXHausted all Administrative Remedies to its Fullest.
*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)* See Exhibits - 1 - & 2 - Grievances Attached - Exhibits - A.

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.      If you did file a grievance:

     1.    Where did you file the grievance?

Columbia correctional Institution, Annex. Warden & medical staff.

     2.    What did you claim in your grievance? The complaint stated how I was Improperly treated and denied medical treatment for a Crurial medical condition. (Deliberate- Indifference.

     3.    What was the result, if any?

The Plaintiff's Grievance's were denied.

     4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)* The Plaintiff followed all the steps in the Florida, Department of Corrections grievance procedure.

Plaintiff, also followed up with Tallahassee, Fl. Appeals Court. To: Exhaustion of my administrative remedies.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

216 SE Columbia corr. Inst. Annex (Prison)

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

all medical Issuse-by-warden and medical (two (2) very Bad strokes

Please take notice of two (2) Appeals Court
Grieavance's which has been Fully
Exhausted of my Adminstrative Remedies.
# 23-6-12784 ~~~ # 23-6-12770

ATTACHED: AS Exhibits: Grievance: (1) and (2)
Exhibits: Next two (2) pages.

## EXHIBIT-(1) GRIEVANCE

GRIEVANCE #23-6-12770 - Plaintiff's RESPONSE.

1. (From Administrative Remedy) wrongfully stated by Appeals Court. on 5/17/23 (STATED MEDICAL CARE) was determine to be appropriate treatment For my strokes condition (Please Notice) both RN. Nurse's did not have any stroke experiencing in what to do in my serious life treating situation, which cause the Plaintiff to go to Emerg ency outside transport, to Lake City Hospital. (Both RN. Nurse's. ms. Kaylee Scott and unknown Male RN. Nurse (were both Fired).

2. Yes! was seen on 4/26/23 with concerns about my throat. provider DR. AT Annex medical (only stated) you are scheduled to be seen at Jacksonville Hospital, (we here can do nothing at this time for you. (Never once refused treatment).

3. went to scheduled appointment on 5/10/23 DR. RAMON. A. BASSA. Stated Improper paper work by Annex medical - (must Reschdule).

4. Sent away has Caused the plaintiff more damage to throat. Medical's mistake IS A (8th Amendment Right AGAINST Crvel, and unsual punishment). Plaintiff need surgery done at that time and day. (DR. WAS Ready).

5. DR. RAMON. A. BASSA. Did send Consulting Report back to medical Annex DRS. (urgent surgery needs to be done on Plaintiffs throat.

6. Medical then ran test's DR's orders From Hospital. And Found out GAY has A Heart condition on 5/19/23

## EXHIBIT- (2) GRIEVANCE

1. GRIEVANCE # 23-6-12784, (Grievance was returned on 5/19/23 STATED office carefully evaluated For Administrative Remedy.

2. (wrongfully STATED Reponse by Medical Annex on 4/14/23 I WAS Not treated properly by Nurse staff which sent me to outside Emergency Hospital care For (2) two Bad STROKES.

3. Appeals court, should of pulled medical Records, Not Just Go by Medical Nursing staff words. would of shown (18) medical Emergencys- and nothing done to pervent Plaintiffs Strokes.

4. Appeals GRIEVANKES - should of Never been (Denied) John S. Hoy
   Dc# 882614
   Date- 7-13-22


**PART B - RESPONSE**

| GAY, JOHN | 882614 | 23-6-12784 | COLUMBIA ANNEX | P1112L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

It is the responsibility of your health care staff to determine the appropriate treatment regimen for the condition you are experiencing.

It is determined that the response made to you by the Institution on 04/14/2023 appropriately addresses the issues you presented.

Records reviewed indicate that you were seen by the Clinician on 04/26/2023, where you could address your medical concerns at that time.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

| Michelle Schouest | 7. Bowden | 5/10/23 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

N/ED

**RECEIVED**

APR 2 1 2023

Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Gay | John | S | 882614 | Columbia-Annex |
|-----|------|---|--------|----------------|
| Last | First | Middle Initial | DC Number | Institution |

Part A – Inmate Grievance          23-6-12784

I am appealing the answer that ~~I'm not~~ Im being denied access
to care or treatment on my throat From 2 very bad strokes
which could of been pervented if the 2 sick-call Nurses
on 11/13/22 & 11/14/22 would of GAVE me stroke treatment
and called Doctor From next room in to see what Condition
I was in For 2 whole days with No medical CARE 12 medical
Emerg. It took to see Annex DR. (Immediately) DR. called For
out side transport to Hospital which MRI showed 2 very Bad
Strokes keep in hospital For 6 full days heavy stroke meds
and B/P 200/186 meds special diet to eat because
throat is closing on return back to medical staff took
over 20 days to give me DRS orders stroke meds and
set me up For Rmc throat specialist Now Im waiting
over 2½ months to go to outside hospital for throat surgery
Chocking- spitting up blood, cant breath- or eat hole Food
Suppose to have special drinks and choped up food not
given to me yet over 2½ months. Medical Just dont CARE
They state if your having problems come to sick-call- Nurses
stated over and over sick call or DR. can do nothing for you.
you must have throat surgery pase I explains what is wrong
with me- mean while Im in (critical) suffering) condition everyday
with major damage to my throat Both Nurse on duty Got
Fired (Immediately) by Head medical staff- could of been
pervented to mild stroke Now in Fear For my life everyday waiting
on throat surgery watched By staff everyday by the Hour.

| 4-17-24 | John Gay 882614 |
|---------|-----------------|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

# 1    John Gay    Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 4/17/2023          Institutional Mailing Log #:_____
                          (Date)

                                                                    (Received By)    MH

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---------------|----------------------|----------------|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION /FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

2303-251-7168

## PART B - RESPONSE

| GAY, JOHN | 882614 | 2303 25|-68 | **COLUMBIA ANNEX** | P1112L |
|-----------|--------|-------------|--------------------|--------|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy or appeal has been reviewed and evaluated.
It is the responsibility of your current health care staff to determine the appropriate treatment regimen for the condition you are experiencing, at the time of your assessment (with verified complaints). There is no indication that you are being denied access to care or treatment.

Based on the foregoing, your request for administrative remedy or appeal is denied. You may obtain further administrative review of your complaint by obtaining form DC1-303, request for administrative remedy or appeal, completing the form, providing attachments as required by paragraphs 33-130.007 (3)(a), F.A.C. , and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 S. Calhoun Street, Tallahassee, Florida 32399-2500.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Medical Director

| *F. CRUZ, M.D.* | *C. Crews* Christina Crews, Asst. Warden | 4·14·23 |
|-----------------|------------------------------------------|---------|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

APR 14 2023

Warden- Medical

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☑ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections
From or IF Alleging Sexual Abuse, on the behalf of:

| Gay | John | S | 882614 | Columbia Annex |
|-----|------|---|--------|----------------|
| Last | First | Middle Initial | DC Number | Institution |

### Part A — Inmate Grievance

PROTECTION: For Inmates. Medical Needs- Medications, The Demonstrates, ABUSE, NEGLECT. OF an Inmate in need of treatment For (2) very Bad Strokes, I have been to medical Emergency over (12) times by dorm OFFICERS, CAPTAIN, OCI-head of medical staff was refused to see Doctor For Strokes by (2) cinexperience Nurses. The DELAY OF Treatment Cause my Strokes to send me to outside Hospital LAKE CITY. which Doctor order (MRI) which came back results of (2) strokes on 11/13/22 11/14/22 with around the clock Medical care in Hospital For (6) Full days, special diet, speech Therapy. High B/P 200/186 medical medications, Stroke medications (1) ST CLARIFICATION ORDER: PATIENT TO Receive SKILLED ST (2) X week For 24 weeks For dysphagia and dysarthria (2) GASTROENTEROLOGIST Consult regarding (GERD) to assess functioning of upper and lower esophageal sphincter PATIENT HAS difficulty swallowing any whole Food (tested) by Tiffany Nicole Bell speak Therapist Centurion. Consistencies pyriform sinus residue and pooling in the vallecule decreased struck in throat sensation. oral Motor Exam revealed (labial) (lingual) and (buccal weakness and with anterior spillage of solids liquids, and saliva. I suffered pain, ABUSE. INTIMIDATING Neglecting From (2) RN NURSES. The Failure To Treat A Known SERIOUS Medical (STROKE) Condition CAuse my Condition To GET WORSE. Further Injury BY DELAY. A MEdical Need IS SERIOUS IF The Need IS so OBVIOUS That Even A LAY person Could Recognize The NECESSITY OF A Doctors ATTENTION- Needed

3/27/23
DATE

[signature] 882614
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

0 / [signature]
# Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The Inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 3-28-23
(Date)

Institutional Mailing Log #: 2303-251-168

[signature]
(Received By)

DISTRIBUTION:     INSTITUTION/FACILITY          CENTRAL OFFICE
                  INMATE (2 Copies)             INMATE
                  INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
                  INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                                CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)          Incorp___          Rule 33-103.006, F.A.C.

7A

SPACE BETWEEN (1) and (2)

BUREAU of GRIEVANCE'S
DEPARTment of Corrections
and
Cloumbic Corr. Inst. Annex



MAILED/FILED
WITH AGENCY CLERK

MAY 1 7 2023

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| GAY, JOHN | 882614 | 23-6-12770 | COLUMBIA ANNEX | P1112L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

It is the responsibility of your health care staff to determine the appropriate treatment regimen for the condition you are experiencing.

Records reviewed indicate that you were seen by the Clinician on 04/26/2023, where you could address your medical concerns at that time.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

| *Michelle Schouest* | *T. Bowden* | 5/10/23 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

MED

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

**RECEIVED**
APR 21 2023
Department of Corrections
Office of Grievance Appeals

TO: ☐ Warden ☐ Assistant Warden ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

Gay          John          S                    882614          Columbia

Last          First          Middle Initial          DC Number          Institution

23-6-12770

---

**Part A – Inmate Grievance**          Page 1 of 1 - also page 2 of 2

I am appealing the answer that medical has returned to me because they stated that they have answer the medical ISSUE I am complaining about on a past grievance, so they are returning it without an answer. The past grievance was sent to my Attorney who did not not appeal it for me because He decided not to take on my case. I'm filing a Law suit on my own in the united states DISTRICT COURT. and need to (exhaust all my redeeming) to file my Law suit I am appealing back on 11/13/22 & 11/14/22 I had (2) very Bad strokes which took medical staff (2) full days to send me to a outside hospital which (MRI) showed (2) strokes and spent (6) days in hospital. upon coming back I was order by Hospital DRe for outside. speech therapy by Tiffany Bell on 2/24 23 (GASTROENTEROLOGIST) regarding (GERD) and ST. CLARIFICATION 2x weekly For (dysphagia) and (dysarthria) its been (2) months now and havent been sent to Rmc. Yet. my throat needs surgery its causing me (permanent) damage to my life everyday, and worsen my condition from my (2) strokes—under (Deliberate Indifference) I keep grievanceing this Issue to medical—which tells me to come to sick-call. sick-call states they cant do anything to help me. I need to wait to Go to outside Hospital For surgery. mean while I am (Suffering) with a life and death Issue For over to two months. (Chocking) cant breath properly. cannot eat hole Food. my life is in (danger) everyday to stay alive. medical is (denying) (Refussing) to answer my (Rule 33-103-006) now because they answer it before one time.

4-17-23
DATE

John Doe 882614
SIGNATURE OF GRIEVANT AND D.C. #

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

0 , John Doe
#      Signature

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 4/17/2023
(Date)

Institutional Mailing Log #: _____

_____
(Received By)

---

DISTRIBUTION:

INSTITUTION/FACILITY
INMATE (2 Copies)
INMATE'S FILE
INSTITUTIONAL GRIEVANCE FILE

CENTRAL OFFICE
INMATE
INMATE'S FILE - INSTITUTION/FACILITY
CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

2303-251-199

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

## PART B - RESPONSE

| GAY, JOHN | 882614 | 2303 251 199 | COLUMBIA ANNEX | P1112L |
|-----------|--------|--------------|----------------|--------|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy or appeal has been reviewed and evaluated.
Please be advised reviewed records indicates your consult was submitted on March 2, 2023 and is scheduled for the near future per the specialists recommendation. You have not accessed sick call with complaints of this nature. There is no indication that you have been denied access to medical or denied medical care. You may not agree with the treatment regimen and you have the right to refuse treatment at any time, but that does not mean that you are not being provided adequate care. If you have further questions or concerns regarding your treatment regimen, sick call is available for you to address your concerns with the health care staff.

Based on the foregoing, your request for administrative remedy or appeal is Denied. You may obtain further administrative review of your complaint by obtaining form DC1-303, request for administrative remedy or appeal, completing the form, providing attachments as required by paragraphs 33-130.007 (3)(a), F.A.C. , and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 S. Calhoun Street, Tallahassee, Florida 32399-2500.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Medical Director

| F.CRUZ, M.D. | C. Crews — Christina Crews, Asst. Warden | 4-14-23 |
|--------------|------------------------------------------|---------|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

AS/1 Warden
Medical

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☑ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

John GAY S ___ 882614 ___ Chouruiba Annex

Last   First   Middle Initial   DC Number   Institution

---

Part A – Inmate Grievance

Returned to me on 4-14-23

This Grievance is Going To Appeals Couts. For making me (Suffer) with (chocking) Cant (Breath) properly EAT ANY Food Trays without (choking) (struggling) everyday in (Critical) Condition) which is (outrageous) when it showes in computer Ive been approved to Go RMC. To see DR. Surgen to have my throth opened up with surgery on inside (Camera) showed By. Therapist provider Tiffany Bell RMC. Gay showes (moderate - severe dysphagia and mild to moderate dysthma) (Laryngeal elevation and hydalaryngeal excursion) delay sawllow of 7 seconds, (stuck) in throat sensation. Gay has (pyriform) sinus and (pooling) in the (valleculae) GERD and difficulty swallowing with (upper and Lower) esophogeal sphincter) imparment oRdered on 2/24/23 over 30 days Go and has been approved But NOT Sent to RMC. Yet to see DR. Gay IS stating he is Going to File with His Att. on Law suit For (Compensation) wages For everyday he is (DAMAGing) his throat by medical Not calling the main office of (Centurion) to Get Gay to RMC. ASAP. Gay has been dissusing this Issue over and over with warden Asst warden Security Medical, and Nothing being done to Get Gay To RMC. DR. For throat ( Immediately) This is (Criticial) and crule to Gays life threatening His Health and life Gay is in (Fear) everyday of (chocking) to death with Sick-call- Cannot do nothing For Him at all- (Deliberate Indifference) AGAINST MEdical For NOT Getting Gay To RMC DR ASAP

3-31-23 _____ John S 882614

DATE   SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** #1   Signature

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 3-31-23   Institutional Mailing Log #: 2803-851-199   A.Wash

(Date)   (Received By)

DISTRIBUTION:   INSTITUTION/FACILITY   CENTRAL OFFICE
                INMATE (2 Copies)       INMATE
                INMATE'S FILE           INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
                                        CENTRAL OFFICE GRIEVANCE FILE

7A

DC1-303 (Effective 11/13)   Incorporated by Reference in Rule 33-103.006, F.A.C.

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)   N/A
    Defendant(s)   N/A

2.  Court *(if federal court, name the district; if state court, name the county and State)*
    N/A

3.  Docket or index number
    N/A

4.  Name of Judge assigned to your case
    N/A

5.  Approximate date of filing lawsuit
    N/A

6.  Is the case still pending?   N/A

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition.   N/A

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    N/A

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)   N/A
    Defendant(s)   N/A

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    N/A

3.  Docket or index number
    N/A

4.  Name of Judge assigned to your case
    N/A

5.  Approximate date of filing lawsuit
    N/A

6.  Is the case still pending?   N/A

    ☐ Yes

    ☒ No

    If no, give the approximate date of disposition   N/A

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    N/A

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    7 - 13 - 23

| | |
|---|---|
| Signature of Plaintiff | John S. Gay |
| Printed Name of Plaintiff | John S. Gay |
| Prison Identification # | 882614 |
| Prison Address | 216 SE. Corrections Way. |
| | Lake City.                   FL.        32025 |
| | City                 State       Zip Code |

### B.    For Attorneys

Date of signing:    _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| | _____ |
| | City                 State       Zip Code |
| Telephone Number | _____ |
| E-mail Address | _____ |

John Gay 882614
Columbia Correctional Institution (Annex)
216 S.E. Corrections Way
Lake City, FL 32025

Letter, Heading to the Honorable. Clerk's office-United States District Court. U.S. Courthouse. 300 North-Hogan. Street. Suite. 9-150-Jacksonville, Florida. 32202-4271

Mr. Gay. IS submiting A: Complant form for violation of Civil Rights: (Prisoner Complaint) Section, civil Rights (1983)

Mr. Gay. above Name and address, IS the full correct address, at this given day Date: 7-13-23

Mr. Gay. States if He is moved to any other Institution, in the State of Florida. Mr. Gay. will write the Clerks office, United States, District Court. U.S. Courthouse. 300 North Hogan, ST. Suite. 9-150-Jacksonville, FL. 32202-4271.
(Right away) If change of His address.

Mr. Gay. will wait (PATIENTLY) to hear back at their time for a (Case #_____) and the next steps Mr. Gay. has to follow up on according to the (District Courthouse).

Respectfully- Submited
John D. Gay 882614

# CERTIFICATE OF SERVICE

I Hereby Certify: That a true and correct copy
of the foregoing was handed over to the prison
legal staff, for mailing to this court of.

Clerk's office. U.S. United States
District court. U.S. Courthouse.
300 North Hogan, Street.
Suite. 9-150
Jacksonville. Florida. 32202-4271

LEGAL MAIL PROVIDED TO
COLUMBIA CORRECTIONAL INSTITUTION
ON 7-13-23 (DATE) FOR MAILING
Staff Initial 16 I/M Initial

And was Executed on this Day.
of the month and in the year of.

Date: 7-13-23

x- John S. Gay
x- John S. Gay
DC# 882614
Columbia. CI. Inst. (Annex)
Lake City Florida. 32025
                    PRO-SE.

Respectfully- Submitted
John S. Gay 882614

# CERTIFICATE OF SERVICE

I Hereby Certify: That this is a true and correct statement of all witnesses.

DC#NO.

## All Columbia Staff members

1. Captain, Banks
2. Officer, Reynolds
3. Officer, Bittle
4. Officer, Martin
5. Officer, Cook
6. Officer, Carter
7. Officer, Robinson. Head of medical
8. Doctor, Yolanda, McQueen, Raysor
9. Health Adminiteator, Giger

## All Columbia Annex: Inmates

1. Keneth, Land - 573167
2. Paul, Holliday - C10829
3. Rexford, Tweed - 116365
4. John, Campbell - V13111
5. Gregory, Lebren - went Home
6. Allan, Stinson - Unknowen
7. Roy, Hallman - C-42411

And was executed on this Day, month and Year: Date: 7-13-23

All medical Emergency: were claimed on both day's by staff officers. Captain, Doctor, Health Adminiteator, Head of medical staff. with all Inmates as witnesses to medical Emergency's: For mr. John S. Gay having two (2) very Bad stroke's on 11/13/22 and 11/14/22 refused treatment at all medical Emergency's and sent away back to his dorm: Until 11/14/22 late afternoon was transported to Lake City, Hospital, Florida.

Respectfully-Submited - X John S. Gay DC#882614
X John S. Gay
Columbia, CI. Inst. (Annex)
Lake City, Florida. 32025