THIS ONE FOR THE DEFENDANT

John S. Gay - PRO-SE.
    PLAINTIFF,  CASE: 3:23-cv-832-mmH-JBT.
V.
(✓) RN. MALE NURSE - NAME unknown (pending)
working For Annex medical
under Centurion HEALTH - medical
      DEFENDANT.

NEXT PAGE MOTION

HEADING

1.) SET FOR - CLERK OF COURT
1.) SET FOR - Defendant
1.) SET FOR - Defendant
1.) SET FOR - Defendant

TOTAL - 4 SETS
Copies

SET (1)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville. DIVISION

John S. Gay,
    Plaintiff,

Case: No: 3:23-cv-832-mmH-JBT
"with Full Respect Submitted
To all Defendants"

V.

Defendants,
Centurion Health. Medical,
RN. Kaylee Scott. Centurion-Annex-Columbia Inst.
(✓) RN. Nurse-Name Pending-MALE

CIVIL RIGHTS CAUSE OF ACTION OF A medical-
NATURE-UNDER- (42-U.S.C.); Under The Federal Law
Of The Color Of the Law: (Deliberate-Indifference)-
and also (Inappropriate-medical Treatment).

## ComPLAINT

1.) John S. Gay, Plaintiff, asserts these claims against Defendants in there official capacity of the Florida Department of corrections (FDC). Centurion of Florida, LLC, (1). Centurion Health-medical.
2.) RN. Kaylee Scott. Centurion, Annex-medical; (3). RN. Male. Name pending-(unknown). AT Time.

## INTRODUCTION

2.) mr. Gay, a state prisoner, has a history of serious medical conditions, Including- (2) two-very serious strokes). High Blood pressure, High cholesterol, Venous-insufficiency, Back Injury, Knee Injurys, Left are movement, Injury) speech slurring, mental Health Issuse's, Eating, Swallowing, because of strokes, on special, mechanical Diet, slow eating pass, Nectar Thinkened, By (3) Three many medical Doctors, MD. (MR. Gay, Frequently needs to go to medical Emergencys. Sick-calls- and Doctor's call-outs- which (Defendants). are (Denying) mr. Gay, any treatment and Document, each time, Fore chocking,

(1.)

more 2.) Spitting up blood, can't breath, eyes blurry, head acks, heart problems, walking with cane because of balance on strokes. (1) one year later, still Fighting stroke - Speech-Therapy - and physical Therapy. still For (1) one full year so far.

3.) Defendant's, are still (denying) any medical Treatmented on documents, Dated! at all sick-calls, and medical Emergencys, state we can do nothing for you here! you are waiting on Hospital throat surgery! pending for 3rd time now! But medical Doctors. won't help to get me there. (Denying medical needs). (Deliberate-Indifference) NoT acting (under the Federal Law of color of the Law).

4.) Subjecting plaintiff, to recurrent stroke attacks of his (2) two very serious strokes on 11/13/22-N-11/14/22 punishment for his "Frequent grievances". Against medical.

5.) medical and corrections staff have and continue violate Mr. GAYS, Rights, for which he seeks damages, Mr. GAY. also seeks injunctive relief against "Centurion Health" and "FDC." for its (Deliberate-Indifference) to his serious medical needs.

## JURISDICTION AND VENUE

1.) This court has Jurisdiction pursuant to (28.U.S.C. §§ 1331-1343).

2.) plaintiff, brings this action pursuant to (42-U.S.C. §§ 1983-1988) for Violations of civil rights under the (Eighth-Amendment to the U.S. Constitution.)

3.) Declaratory and injunctive relief are authorized by (28-U.S.C. §§ 2201-2202, as well as (Rule-65- of the Federal Rules of Civil Procedure.)

4.) plaintiff, claim is also predicated upon the Americans with Disabilities Act. (ADA). 42 U.S.C. §§ 12131-12133-N-§ 504 of the Rehabiliations Act.

5.) plaintiff, further invokes the supplemental Jurisdiction of this court, pursuant to (28 U.S.C. § 1367, to consider the state Law claims alleged herein.)          (2.)

6.) Venue is proper in the Middle District of Florida under 28 U.S.C. §§ 1391 (b), being the District where the claim arose and Defendants conduct business.

7.) All conditions precedent to this lawsuit, including "Exhaustion of administrative", have occurred, been performed, or been waived.

## PARTIES

8.) AT All times material hereto, plaintiff, John S. Gay, IS an inmate in the custody and care of (F.D.C) at Columbia. Corr. Inst. Annex- Lake City FL.

9.) Defendants: (1.) Centurion Health medical- (2.) RN. Kaylee Scott. (3.) RN. MAle. Name pending) is being sued in there official capacity. Also to bring up Ricky Dixon, Secretary of- (F.D.O.C.) IS responsible for operation over medical Florida, prison system. including Compliance with Consitution and Federal Law. Ricky Dixon has statutory authority to implement the injunctive and declaratory relief sought in this complaint. (See § 20.315, Fla. STAT.)

10.) Defendant Centurion, of Florida, LLC. is a subsidiary of Centene Corporation, principally located in Missouri; and as a foreign limited liability company with the state of Florida. Centurion has contracted with (FDC) to provide medical care to prisoners.

11.) when providing medical care for prisoners in (F.DC) custody, Centurion stands in the "shoes" of (FDC.) AT All relevant times during the events at issue in this case, Centurion was "acting under color of law" by and through its agents, employees, and contractors indentified herein, and, on information and belief, other unknown individuals.

(3)

12.) AT ALL Times during these events at issue in this case, All (3) three Defendants, WAS ACTing under Color of Law, by and through its Contractors employees (Centurion-Health medical.

13.) Kaylee Scott, RN-N-RN-MAIE pending Name, Centurion medical was at all relevant times under Centurions Health medical.

14.) Kaylee Scott, RN-Centurions medical Sick-Call-RN- to provide nursing Care to inmates on behalf of Centurion and is otherwise (Sui-Juris)-male RN. WAS Also involved in plaintiffs medical treatment. AT All Times both RN. NURSES AT Sick-Call-medical Emergency's- AT MANY Request by official STAFF (FODC) offlicers Mr.GAY WAS (Denyed) medical CARE For (2) two Full serious strokes which led 64Y to Hospital For Six (6) Full days, And STRoKe Still pending with visits and Full Therapy (speech-N-physical) To Come back Fully. ACTing under Color oF LAW AT ALL Times.

## Common- Disability and The FLND ACTion

15.) plaintiff, is a chronically ill, disiabled inmate who is incontinent Stroke problems still multiple times - seeing DR's.

16.) Because of (2) two very serious strokes conditions caused partial lower left side body- numbness, plaintiff, still cannot feel his normal way of feeling, left eye closer, left arm, speech slurring, throat closing up - Herana in throat, cannot walk without cane balance.

17.) STRokes is a dangerous life and death ISSUSE.

move 18.) plaintiff, is sueing ALL (3) three parties For His Constitutionally adequate medical CARE resulting in his frequent STRoKe ISSUSE. Still having (1) one year later.

move 18.) plaint.FF, continueds to press normal Treatment as an Stroke prisoner, and has made a formal request on Sept.20.2023 For impaired inmate with medical Issuse's For a Transfer To an "over 50 CAmp like (UCI.) Dept. or Zephyhills For older prisoners And better medical CARE

(4.)

19.) (F.D.O.C) and its Contracted medical providers and staff Cover up plaintiffs, serious medical impairments Strokes and hide His Issues in his medical records to minimize the services he receives and Justify Failing to provide him with Full access to His own medical Records, which is needed For COURT.

20.) Because plaintiff, didnt receive His DR's orders medications For his STROKES AT Time of Return - It took medical DR's (20) twenty Full days For GAY, To receive His STROKE meds. which GAVE more damages to His Condition.

21.) Mere Admministrative incompetence Cannot explain the repeated lapses of medications, lack of medical attention, If there were any doubt as to be the (Deliberate-Indifference) of the abuse, regular derisive comments and threats resolved it.

## CAUSE OF ACTION

22.) Violation of (42 U.S.C. §§ 1983 First Amendement Retaliation (AGAINST - RN. Kaylee scott And RN. Male, For (Threating) GAY, with A (DR. ACTION) For (FAKING) A STROKE To Receive A Transfer. And Also Told NO Treatment For His STROKES For (2) two Full days, Till Higher STAFF-CAPTAIN BANKS, Steped in And order DR. HUEY. MD. To Transport GAY To Hospital For His STROKES Condition which was ALL so Serious A "lam person" Could tell. Both RN.NURSES were Fired

23.) Violation of (42 U.S.C. §§ 1983 Eighth Amendment (AGAINST CENTURION And RN. NURSES) AT Annex Medical Dept.

24.) plaintiff, repeats and re-alleges the Common Allegations of FACT, as if Fully set Fourth herein and Further Alleges.

25.) plaintiff, has an Eighth Amendment right to receive timely and adequate medical treatment For a serious medical condition.

(5.)

26.) Centurion, and RN·Nurses-Both were (Deliberately-Indiferent) or purposefully ignoring plaintiffs, medical needs in violation of the Eighth Amendment right to be from being Free From (cruel and unusual punishment).

27.) plaintiffs, Injurys were proximately cause by the policies and practices of Centurion medical And RN·NURSES working (under the Color OF Law-For Centurion)

28.) prior, to and during the events giving rise to plaintiffs, Complaint, Centurion and both RN·Nurses, maintained policies and practices pursuant to which prisoners like plaintiff, with serious medical needs were violated routinely (denied) medical CARE And Access to medical CARE.

29.) Specifically, there exist policies and wide-spread practices at (FDC) pursuant to which prisoners receive (unconstitutionally inadequate health CARE). Including policies and practices which Health CARE STAFF Contracted by Centurion and (FDOC). (a). Commonly disregard reports by patients of objectively serious symptoms or fabricate reports. (b). refuse to provide adequate treatment to patients. (c). Treatment plans For patients whose health status requires the same. (d). Failler to provide medications on time by many DR's orders. (e). Fail to ensure continuity of CARE. (F). prioritize profits at the expense of (Consitutionally adequate care); (G). Fail or refuse to arrange for prisoner to be treated in outside Facilities, Hospitals, even when an outside referral is neccessary or proper, and (H). refuse and/or Fail to provide any medical CARE whatsoever for defined medical problems.

(6.)

30.) These policies and practices were allowed to (Flourish) because (Centurion) and (FDOC) which (respectively direct) and staff the (provision of health CARE SERVICES) AT Columbia Corr. Inst. Annex. medical And (FDOC). (directly encouraged) the very Type of (misconduct) at (issue here and Failed to provide adequate) (training and supervision of health CARE and Correctional employees.)

31.) Centurion, and medical RN. STAFF. violated plaintiffs, rights by maintaining practices and policies that were (Force of moving) of these (constitutional violations.)

32.) These policies and practices were able to exist and thrive (FDOC) because/ Centurion (as Contractor to oversee health Services at (FDOC) (As employer of medical staff under the Centurion Contract). were both · · · (Deliberately- Indifferent) to the problem, thereby effectively ratifying it.

33.) Centurion and RN- medical STAFF AT Annex, Columbia also acted to (violate plaintiffs Constitutional rights) through the actions and failures to act by. Inividuals with final policy making authority for them.

34.) plaintiffs has been required to engage the services of undersigned counsel. As such plaintiff, is entitle to an award a Free ATTORNEY And paided For fees and cost td 42 U.S.C. §§ 1983-1988).

35.) "WHEREFORE", plaintiff. demands (A). Judgment for Compensatory, and punitive damages against Centurion and staff RN. NURSES. (B). Alternatively, to the extent that any of the above wrongful acts are deemed not to have caused a "more than" (Deminis) Physical)InJuies) normial and punitive damages against Centurion to provide plaintiff with necessary and immediate medical treatment to treat his senous medical Conditions.)

(7.)

36.) (C). an order retaining Jurisdiction over this matter to ensure that the terms of an injunction are fully implemented; and (D). an order awarding plaintiffs reasonable ATTORNEY's fees, litigation expenses, and cost pursuant to (42 U.S.C. §§ 1988 and any other applicable Law.)

37.) Violation of 42.U.S.C. §§ 1983
Eighth Amedment (Centurion Health medical And medical-STAFF Annex-Columbia NURSES. RN, Both.

38.) plaintiff, repeats and re-alleges the Common Allegations of Facts, as fully set Forth herein and further alleges:

39.) Centurion Health medical And Medical staff NURSES. RN's is aware that plaintiff suffers from serious medical needs, yet Annex medical DRS-NURSES has intentionally cooperated with (actions that delayed and denied) the necessary aid and treatment that would alleviate many of those serious medical needs.

40.) Centurion and Medical staff AT Annex columbia Inst. disregarded, and continues to disregard, the risk and harms by failing and intentionally refusing to do anything that would remedy plaintiff's serious medical needs and those of other elderly, disabled, and ill Inmates;

41.) Centurion. And medical STAFF has been (Deliberately-Indifferent) to the serious medical needs suffered on plaintiff, and others while (FDC).Contracts with Centurion to provide medical CARE. Centurion and medical STAFF has a non-delegable duty to ensure adequate medical CARE for all prisoners in FDC. Custody.

42.) As A (direct and proximate) cause of this (Deliberate-Indifference), plaintiff has suffered and will (continue to suffer from harm in violation of his. (Eighth Amendment Rights) (These harms will continue unless enjoined by the Court.

(8.)

43.) The insitutional indefference to abuse has often been pronounced and explicit, the stakes for its continuation are life and limb, and remedial action would be a public good and benefit to many others in plaintiff's circumstances.

44.) plaintiff has been required to engage the services of the undersigned counsel. As such plaintiff is entitle to an award of reasonable ATTORNEYS fees and cost (pursuant to- 42 U.S.C. § 1983-1988.

45.) WHEREFORE, plaintiff demands. (A) a declaration that Centurion Health-medical And Medical STAFF DRS. And RN's NURSES AT Columbia Annex: has beyond violated and continues to violate plaintiff's (Eighth Amendment).Rights) (B) A preliminary and peranent injunction requiring Centurion to provide plaintiff with necessary and immediate treatment to treat his serious medical conditions, (C) an order retaining jurisdiction over this matter to ensure that injunction terms are fully implemented; and (D). an order awarding plaintiff reasonable ATTORNEYS fees, litigation expenses. and cost. (pursuant to - 42 U.S.C. § 1988 and any other applicable Law.

## VIOLATION OF ADA/RA

AGAINST Centurion medical Complete STAFF DRS-NURSES medical Records- ECT.

46). plaintiff repeats and re-alleges the common allegations of Fact, as if fully set forth herein and further alleges:

47.) plaintiff is entitle to "relief" for (disability discrimination) against Centurion medical STAFF Completely - or there success or in official capacity, For (violating Title "II of the Americans with Disabilities Act (42 U.S.C. § 12101- et seq; ('ADA') which provides in part:

(9.)

48.) 42-USC-21-12132- Any individual Inmate of Any Kind should receive aid-medical treatment, services from medical staff- RN. NURSES AND ALL MD- Doctors of ANY agency.

49.) As a result of (2) two very serious strokes- Injuries plaintiff became disabled as defined at- 42- USC. 12102- (2). as he suffer a physical impairment that substantially limited (1) one or more of his major life activities, including, but not limited to, the ability to walk without cane and Rehab.

50.) Centurion medical and Annex medical STAFF, was Known by the condition 6a9. was in when sent down many times by official STAFF OFFICERS, Captain Banks, who at (2nd) second day of (2nd) second STROKE AFTER many medical Emergencys by dorm officers have Known, the plaintiff, was suffering from a STROKE and needed serious medical care. BUT, Centurion medical STAFF NURSES RN. MALE-N-FEMALE, RN Sick- Call have Failed and intentionally refused to provide the necessary aid and treatment that would alleviate numerous serious medical needs.

★ AT Time of STROKES with (official (FDOC) STAFF OFFICERS Standing by to (withness) the [statements] from (2) two RN) NURSES plaintiff IS [FAKING A STROKE To Receive A Transfer]. (Get-Him out of Here or we will Lock Him up in Confinement.)

51.) Centurion in charge of medical STAFF- DRS- NURSES RN. have disregarded, and continue to disregard, the risks and harms. by Failing and intentinially refussing to do anything that would remedy plaintiffs serious medical needs.

52.) Centurion And medical STAFF, have been (Deliberately- Indifferent) to the serious medical needs of plaintiffs STROKES.

(10.)

53.) Specifically, as Chief Health Officer on Duty, and ALL NURSES-RN. working For Centurion as STAFFed employees by (mHm Health, Centurion and STAFF.) were required to evaluate the appropriate level of care For plaintiff in His deteriorating Conditions- BuT didnt. Just refussed medical Treatment and sent Away on 11/13/22-N-11/14/22-.

54.) In The FACE oF obvious recurrance oF STROKES, Both RN. NURSES - with Centurion STAFF working together in medical have refused to permit plaintiff to receive CARE And medical Treatment or mitigate his serious medical Condition to avoid the risk oF serious harm. Caused by RN. NURSES. with No Treatments

55.) As A direct and proximate CAUSE of This (Deliberate-Indifference), plaintiff has suffered and will continue to suffer a year later from harm in violation of His Eighth Amendement Rights.

56.) Centurion STAFF - RN NURSES. have disregarded Any medical CARE Both DAYS For (2) two very serious STROKES which could of been pervent to a mild STROKE with proper medical CARE. But NO- Refussed All treatment Many oFFicial (FDOC) oFFiCers As withness's standing nearby.

57.) medical STAFF on 11/13/22 - 11/14/22 - RN. NURSES ACTED under Color oF Law - 1983 - 42. U.S.C. (Delibertely - Indifference) to the serious medical needs of plaintiff and to his access to need CARE. (Eighth Amendment Rights) No medical Treatment!

58.) The repeated threaths with official oFFicers (FDOC) standing by As For plaintiffs withness's, ordering to Get plaintiff out of wheelchair and send Him Back To His dorm. (OFFICERS refussed To do so- "To CovER There own BACKS in case GAY- plaintiff Died on Them as dorm oFFiCERS).

(11.)

Case: 3:23-cv-00832-MMH-JBT

John S. Gay 882614  
Columbia Correctional Institution  
216 S.E. Corrections Way  
Lake City, FL 32025

## CERTIFICATE OF SERVICE

I hereby certify that on This DAY 10-16-23 I have sent into The Clerk of the COURT. To File the Foregoing Documents which will serve a Copy on ALL Defendants on Record. ALL STATEments I have given in this motion are True and Correct to the Best of my Knowledge. Under oath and Perjury. That my case can be Dismissed. IF ALL STATEments Are NOT True and Correct. ( PER-28-USC-# 1746) SENT by United STATES First Class mail, Postage Paid, To United STATES DISTRICT Court. middle DISTRICT of Florida. Jacksonville. DIVISION, FLORIDA  
CLERK OF THE COURT.

John S. Gay PRO-SE  
John S. GAY  
Dc # 882614 · P-2-49-S  
Columbia Corr. Inst. Annex  
216 SE Corrections WAY  
Lake City. FL. 32025  
DATE- 10-16-23

(12)