# SWORN AFFIDAVIT
## AS MOTION TO THE COURT
### CLERK OF THE COURT

LEGAL MAIL PROVIDED TO
COLUMBIA CORRECTIONAL INSTITUTION
ON 10/17/23 (DATE) FOR MAILING
JC STAFF INITIAL  JG I/M INITIAL

PAGE 1 of 1

Case: 3:23-cv-832-mmH-JBT

John S. Gay, PRO-SE
Plaintiff,

STATE OF FLORIDA,
COUNTY of Columbia

V

1.) Centurion Health Medical DEPT. Annex
2.) RN- Kaylee Scott, Centurion medical Annex
3.) Male. RN. Name pending unknown At Time

I Hereby DECLAIRE: Mr. John S. Gay, 882614. written verification under Penalty of Perjury. Pursuant To Florida Statute 92.525 (2) (Deliberate Indifference) improper medical Care) 1983 USC. Eighth Amendment!?
I plaintiff, Mr. Gay, Received a Document for Annex medical Records on Oct. 9, 2023 (Refusal of Health care serives) (FDOC) 1.) STATES. Medical Services - (EMID- "LT. side Face- Numbness) 2.) Signed Signature! fran Kaylee Scott, RN- States (Two witnesses I, K. Scott) printed, signature! "am a health care staff member and I have witnessed the patient voluvtarily sign this form/refuse to sign the form K.Scott, RN- printed Signature") Title of witness, RN.
3.) Signature of witness" I A. Cook printed "am a staff member who is not the patients health care provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form. Signature of witness: [signature]
Title of witness- Correctional officer. NOT HER LEGAL Signature.
4.) Signature of clinician. F.S O.R hof, APRN - DATE/STAMP-12-1-22
5.) Signature of patient John  11-14-22  C. of 1923
NOT-Both LEGAL Signature's     DATE-N-Time
6.) under the Colour of Federal Law.!

1)

PAGE 2 of 2

Clerk of Court, and To The Honorable Judge-

### SWORN AFFIDAVIT

UNDER PENALTY OF PERJURY- PURSUANT TO FLORIDA STATUTE 92.525 (2) (under penalties of perjury, I and Also, Correction STAFF (FDOC) OFFICER will STATE clearly As Mr. GAYs "witnesses" That ALL (3) Three Signatures

1.) of RN-Nurse- Kaylee Scott, medical centurion Annex.
2.) Correctional STAFF OFFICER (FDOC) A. Cook "printed" "signature" and "written signature" As my witness to on this Refusal Document. Im Sending In. For the Court To Add To my Case: (3) RN. Kaylee Scott Signature IS All Been (FORAGED) (Signature of Clinician APRN 12-1-22) Officer Ms. A Cook "printed And signed signature was Also (FORAGED) BY RN-Kaylee Scott) 4.) John Gays signature was (FORAGED) Mr. Gay, Never signs His written signature with Just His First Name Only (last Name is Alway Included) Also signed BY Kaylee Scott RN.) 11-14-22 @ of 1923, (All Names As Mr. GAYs, witnesses All willing To Cover There Backs IN Court, will STATE THAT This whole Refusal of Health Care Services) Entire) Form- All Signatures were (FORAGED) and Kaylee Scott RNs, Signature was pulled up on Computer to show all the Hand writting on this form (Signatures of all witnesses) Do NOT match there hand writing AT All.
5.) AGAIN All witnesses For GAY will "Swear In Court Under Oath and PERJURY- STATUTE 92-525 (2) Columbia Annex Asst. Warden· Also Checked out the Signatures with All parties Concerning GAY· As A STRoke Inmate who Got at time No medical treatment

2)

<u>SWORN AFFIDAVIT</u>                    <u>PAGE 3 OF 3</u>

STATE OF Florida )
County of Columbia )

I hereby DECLARE under Penalties of Perjury. I DECLARE that I have read the foregoing AFFIDAVIT FACTS STATED therein are True and Correct. To The Best of my Knowledge. Under Penalties of Perjury, PURSUANT To Florida STATUTE 92.525 (2)

Executed on this 17th DAY of OCT. 2023

Signature of AFFIANT
John S. Gay 882614
John S. Gay PRO-SE
Columbia Corr Inst Annex
216 SE Correctional Way
Lake City FLA. 32025
DATE- OCT-17-2023

(3)