STATE OF Florida — SWORN AFFIDAVIT
County of Columbia

DEClrATION under PeNAlty of PErJury        PAGE-1-of-

I PAUL HOLLIDAY being Competent, To make This Declration, and Having personal Knowledge of The matters Stated Therein, declares: pursuant To 28 U.S.C. 1, 1746:

1.) I can witness MR. GAY, at all given times in dorm P-2-49-S Columbia corr. Just Annex, DAY and Night, I am he's next to bunk 1-50-S watching Gay. chocking, spitting up blood, short of breath (STRUGGling) in life, because of His two serious strokes back one year ago 11/13/22  12/14/22, I take GAY, To All Three chow meals which GAYs on A special Diet meal (mechanical) chopped up real fine food with soft fruit, and A NECTAR THINKENED DRINK To Add To His DRs orderd power DRINK and food Beverage DRINK To go down his Throat. pending 3rd time surgery on (ESophagus) Closing up throat to be stretched out with A Herna repaired.

2.) I can also wittness That mR. GAY, has been to (multiple) sick calles and medical Emergencys, because I was the one who took Him down to medical with the assistant of an offical (FDC) officer.

3.) (NO) medical Treatment (Refussed Treatment. Told Nothing we can do for you.

4.) (30) days now Told GAY is Approved for specialist at outside Hospital BUT NOT Gone Yet. why.

5.) Also can wittnessed mr Gay being (Forced) To access GRievance presideres asking for mecidal care.

(1)

PAGE-2-of 2

6.) Mr Gay is always up all night dealing with alot of pain watching him suffer.

7.) I can also wittness Gay slurring his speech and drooling out of his mouth at all times on his stroke (one year ago) still affecting him.

8.) Gay keeps complaining about numness through out his whole Leftside Body In serious pain (twisting and Turning all night with pain.

9.) He has also swallowing problems with his food trays eating them.

10.) He's still dealing with eye vison, can't see properly His ears are poping at time on there own.

11.) Deals with very high Blood pressure.

12.) Department Refuses's To Give Gay properly medical care. For His life and Death Serious medical condition Hes been dealing one year so Far.

13.) Life endangerment to mr. Gay it has become very Serious to him not being able to recover from serious 2 strokes in Rehab- speech and physical therapy for 7 months now and more.

Pursuant To-28 u.s.c. 1, 1746. I Declare under penalty of purJury That The foregoing Is True and correct.

EXECUTED ON October 18, 2023

Paul Holliday xF 10829
PAUL Holliday
Columbia Corr. Inst. Annex
216 SE Correctional WAY
Lake City, Fla. 32025

OCT- 18-2023