# SWORN AFFIDAVIT

Declaration under Penalty of Perjury

PAGE - 1 of 2

I Donny Phillips 789552 being competent to make this declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 U.S.C. § 1746:

I can witness Mr Gay at all times as he is struggling with shortness of breath, choking, spitting up blood, he has trouble hold down the food that he eats,

And I can witness that Mr Gay files multiple sick call request's no medical treatment,

I've also witnessed Mr Gay being forced to access grievance presidures asking for medical assistance,

Mr Gay is up late into the night dealing with serious pain,

And I can witness Mr Gay going to the medical department declaring medical emergency's and receiving no medical treatment, as he is ordered to return to his dorm,

I can witness that Mr Gay was sluring with his speech in his words,

Mr Gay continue's to complain about the numness on the left side, and say's he has problems swallowing his food,

Declaration Under Penalty of Perjury

PAGE-2 of 2

Mr. Gray continue's to complain stating that he feels like there is a ball in his throat, and problems with his vision, and his ear's are at time "poping", and deal's with his Blood pressure as it is often off the charts, dealing with the fear the his medical problem has become life threating, and the medical department refuses to properly address his serious medical issue. Medical Dr. Stated Your Esophagus is closing up on you need throat surgery (URGENT) Medical Emergency - cannot help!

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 17, 2023.

Donny Phillips, 789552 P-2146s.
Donny Phillips
Columbia Correctional Institution Annex
216 South East Corrections Way
Lake City, Florida
32025.

OCT-19, 2023