UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN S. GAY,

        Plaintiff,

v.	Case No. 3:23-cv-832-MMH-JBT

CENTURION HEALTH, et al.,

        Defendants.
_____

## ORDER

Plaintiff initiated this action on July 13, 2023 (mailbox rule), by filing a pro se Civil Rights Complaint (Doc. 1). In the Complaint, Plaintiff named "RN Male Name Unknown" as a Defendant. *Id.* at 4. Because the Court cannot perform service on unknown parties, the Court directed Plaintiff to file a notice with additional information to identify and serve the Doe-Defendant, such as full name, physical description, and/or any other information that may assist in locating this Defendant for service of process by September 22, 2023. *See* Order (Doc. 11). On October 18, 2023, Plaintiff filed an Amended Complaint again naming the Defendant as "RN Male Nurse Name Unknown" (Doc. 31). To date, Plaintiff has neither identified the Doe-Defendant nor requested additional time to do so.

Plaintiff has, however, filed several documents in which he appears to request permission to supplement his amended complaint. Initially, the Court advises Plaintiff that all requests for relief must be in the form of a pleading or a motion and must be supported by a memorandum of law. *See* Local Rule 3.01, United States District Court, Middle District of Florida. In light of the posture of this case and Plaintiff's numerous filings, the

Court will direct Plaintiff to file a second amended complaint on the Court's approved form. Plaintiff must write "Second Amended Complaint" and this case number (3:23-cv-832-MMH-JBT) on the first page of the form. Plaintiff is advised that the second amended complaint supersedes the initial and amended complaints and becomes the operative pleading. *Krinsk v. SunTrust Banks, Inc.*, 654 F.3d 1194, 1202 (11th Cir. 2011). Thus, Plaintiff's second amended complaint must be complete and must not refer to the initial or amended complaints. Additionally, any affidavits or supporting documents should be included with the second amended complaint and marked as exhibits.

If Plaintiff chooses to name "RN Male Name Unknown" as a Defendant, he must include information about this individual, such as his name, physical description, or any other identifying information that may assist in locating this Defendant for service of process, if appropriate. If Plaintiff fails to do so, all claims against the "RN Male Name Unknown" may be dismissed.

Accordingly, it is

**ORDERED:**

1. The **Clerk** shall send Plaintiff a civil rights complaint form (Pro Se 14).

2. By **December 1, 2023**, Plaintiff shall complete the form as directed herein and mail a copy to the Clerk's Office for filing.

3. Plaintiff's "Motion to the Court as Sworn Affidavit" (Doc. 32), "Motion to Supplement on Document Florida Department of Corrections (Refusal of Health Care Services)" (Doc. 33), Motion for Jury Trial Demanded (Doc. 37), Motions to supplement (Docs. 39, 40, 43, 46), and "Cruel and Unusual Punishment Motion in Good Faith" (Doc.

41) are **GRANTED to the extent** Plaintiff may file a second amended complaint as directed herein. Otherwise, the motions are **DENIED**.

4. The Sworn Affidavits of Paul Holliday, Donny Phillips, John Gay, and Kenneth Land; the Declarations of Broward Carnley and John Gay (Docs. 34, 35, 36, 38, 42, 47); and Plaintiff's List of Witnesses (Doc. 44) are **STRICKEN**. Plaintiff may attach any relevant exhibits to his forthcoming second amended complaint, but it is not proper to simply file an affidavit or declaration without any explanation. Additionally, "discovery does not begin until the Court enters a scheduling order." *See* Order (Doc. 14) at 4 ¶ 9.

5. Plaintiff's Motion for Appointment of Counsel (Doc. 45) is **DENIED without prejudice**. *See* Order (Doc. 25). This case does not appear more complex than most civil rights cases litigated by prisoners who are untrained in the law and have limited resources available to them. Moreover, Plaintiff's filings indicate he is able to present his positions and litigate on his own behalf.

6. Plaintiff is advised that future filings that do not comply with the Federal Rules of Civil Procedure and/or the Local Rules of this Court may be denied without prejudice without further notice.

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of November, 2023.

_____
JOEL B. TOOMEY
United States Magistrate Judge

caw/JAX-3 11/2
c:
John S. Gay, #882614