UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN S. GAY,

        Plaintiff,

v.                                        Case No. 3:23-cv-832-MMH-JBT

CENTURION HEALTH, et al.,

        Defendants.
_____

## **ORDER OF DISMISSAL WITHOUT PREJUDICE**

Upon review of Plaintiff's Motion to Withdraw Without Prejudice (Doc. 55), filed under Federal Rule of Civil Procedure 41(a)(1), the Motion (Doc. 55) is **GRANTED to the extent** that this case is **DISMISSED without prejudice**. To the extent Plaintiff requests a copy of all documents filed in this case, that request (Doc. 55) is **DENIED without prejudice**. Plaintiff's pauper status does not entitle him to free copies. The cost for photocopies is $.50 per page. The Court cannot place a lien on Plaintiff's inmate account for this cost. Any future request for copies to the Clerk must be accompanied by the appropriate payment. See Notice (Doc. 5).

Defendant Centurion of Florida's Motion to Dismiss (Doc. 51) is **DENIED as moot**.

The **Clerk** shall provide to Plaintiff a copy of the docket, enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 11th day of December, 2023.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

caw 12/4
c:
John S. Gay, #882614
Counsel of Record